JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO ENRIQUE MARTINEZ, | CASE NO. CV 19-5235-DMG (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTIAN PFEIFFER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 19, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE